UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ODILLIA M. MWANI, et al** : | |
| Plaintiff : | |
| v. : | Civil Action No. **99-0125** |
| : | Judge Colleen Kollar-Kotelly |
| **UNITED STATES OF AMERICA, et al** : | |
| Defendant : | **FILED** |
| : | DEC - 2 1999 |

**ORDER**
(December 1, 1999)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Based on discussions on the record at a status hearing on November 30, 1999, it is this __1__ day of December, 1999, hereby

**ORDERED** that once the foreign defendants have been served and proof of such service has been provided to the Court, that the Plaintiffs, as part of any request for default against any party that has not responded to the Complaint, shall file such motion for default with the Court and not the Clerk's Office, and that the Court's subject matter jurisdiction shall be addressed in any such motion; and it is

**FURTHER ORDERED** that consideration of Plaintiffs' Motion for Class Action Certification and any other motions related to a class action shall be stayed until further order of the Court to allow service to be perfected on the foreign defendants.

COLLEEN KOLLAR-KOTELLY
United States District Judge

40

Copies to:

Philip M. Musolino, Esq.
Musolino & Dessel
1615 L Street, NW
Suite 440
Washington, D.C. 20036

Meredith Manning
Assistant United States Attorney
555 Fourth Street, NW
Room 10-443
Washington, D.C. 20001