UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mwani, et al
_____
Plaintiff(s)

v.                                  Civil Action No. 99-125

US, et al
_____
Defendant(s)

### CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the 20th day of October, ~~19~~ 2003, I mailed:

[ ] Copy of the summons and complaint by registered mail, return receipt requested, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

[ ] Copy of the summons and complaint, together with a translation of each into the official language of the foreign state to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(b)(3)(B).

[✓] Copy of the summons and complaint and a notice of suit together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 USC 1608(a)(3).

[ ] Two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the Bureau os Consular Affairs, Office of Policy Review & Interagency Liaison, 1800 G Street, NW, Suite 2100, Washington, D.C. 20522, Attn: Edward Betancourt, pursuant to the provisions of 28 USC 1608(a)(4).

[ ] Copy of plaintiff's Notice of Attachment Before Judgment by first class mail.

NANCY MAYER-WHITTINGTON, CLERK

By Cindy J. Proctor
   Deputy Clerk

99cv 125    P/u 10.2303

# DHL EXPRESS

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only

**Shipment Air Waybill** (Non-negotiable)

776 7122 473

7767122473

**ORIGIN:**

**DESTINATION CODE:**

### 1. Payer account number and shipment value protection details

Charge to: ☐ Shipper  ☐ Receiver  ☒ 3rd Party

Payer Account No. _____

Shipment Value Protection (see reverse)

☐ Yes Declared Value for Carriage (in US $) _____

☐ Cash  ☐ Check  ☒ Credit Card
Not all payment options are available in all countries.

### 2. From (Shipper)

Shipper's Account Number: _____

Contact Name: _____

Shipper's Reference (up to 35 characters): _____

Company Name: U.S. District Court for the District of Columbia

Address: E. Barrett Prettyman United States Courthouse, 333 Constitution Ave. NW, Washington DC 20001

Post/ZIP Code: 20001

Phone: 202 354-3000

### 3. To (Receiver)

Company Name: Ministry of Foreign Affairs of Afghanistan

Contact Name: _____

Delivery Address (DHL Cannot Deliver to a PO Box):
Malak Azghar Road
Kabul, Afghanistan
2341 Wyoming Ave, NW
Washington DC 20008

Country: Afghanistan

Post/ZIP Code: _____

Phone: 873-70-2100366

### 4. Shipment Details

Total Number of Packages: 1

Total Weight: 10 lbs.

Dimensions (in inches): _____

### 5. Full Description of Contents

2 copies of Summons + Complaint (English/Dari)
2 copies amended Complaint (English/Dari)
2 Notice of Suite (English/Dari)

### 6. Dutiable Shipments Only (Customs requirement)

### 7. Shipper's Authorization (signature required)

Signature: _____  Date: 10/20/03

### 8. Products & Services

**DOMESTIC EXPRESS**
☐ U.S. Express Envelope
☐ USA Overnight
☐ Other

**WORLDWIDE EXPRESS**
☒ Int'l Express Envelope
☐ Non-Dutiable  ☐ WorldFreight
☐ Dutiable  ☐ Other

**DP GLOBAL MAIL**
☐ Priority  ☐ Standard  ☐ IPA  ☐ ISAL  ☐ DomFlats

**Service Options:**
☐ Saturday Delivery  ☐ Special Pickup
☐ Hold For Pickup  ☒ Delivery Notification

DIMENSIONAL/CHARGEABLE WEIGHT: _____ lbs

SERVICES | CHARGES

Drop Box # | TOTAL

TRANSPORT COLLECT STICKER No.: Philip M. Musolino

PAYMENT DETAILS (Check, Card No.)
No.: 378264...
Type: AmEx  Expires: 07/05

PICKED UP BY: _____
Route No.: _____
Time: _____  Date: _____