*CA 99-125*

*MWANI ET AL v. USA ET AL*

**Exhibit List.**

    **Plaintiff's Exhibits.**

*Witness*

| Ex. No. | Bates No.* | Item Description | ~~Pg~~ | ID | Adm | Over Obj | No Obj |
|---|---|---|---|---|---|---|---|
| 1 A-I | | Photographs of Bombing Site August 7, 1998 | SHAN 1/31/11 | 2/2/11 | | — | — |
| 2 | | Video of Bombing Site August 7, 1998 | — | — | 2/3/11 | — | — |
| 3 | 9263-9395 | April 9, 1999 Report US Department of State (Hinman) | 133 | — | 2/3/11 | — | — |
| 4 | 3499-3559 | January 8, 1999 Report, Accountability Review Board (Crowe) | 60 | — | 2/3/11 | — | — |
| 5 | | Report: An Assessment of Recovery Strategies of the 1998 Nairobi Bomb Disaster Victims: A Case Study of Teachers Service Commission (TSC). | JAN 2/2/11 Ngumbi 2/2/11 | | 2/2/11 | — | — |
| 6 | | Study: Psychological effects of the Nairobi US embassy bomb blast on pregnant women and their children | JOAN Ngumbi 2/2/11 2/2/11 | | 2/2/11 | — | — |
| 7 | | Picture of Street Vendor Hassechail | 2/2/11 | | 2/2/11 ADM | | |