UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Odillia Mutaka Mwani, *et al.* | : | |
| | : | |
| Plaintiffs | : | CA No. 1:99CV00125 |
| | : | Judge Colleen Kollar-Kotelly |
| v. | : | |
| | : | |
| United States of America, *et al.* | : | CA No. 1:99CV00125 |
| | : | Magistrate Judge Facciola- For all purposes |
| v. | : | |
| | : | |
| Defendants | : | |

## PLAINTIFF'S NOTICE OF FILING

The Clerk of the Court will please note the filing of the attached plaintiffs' exhibit 7, and accompanying supplemental exhibit list.

Respectfully submitted,

Philip M. Musolino #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

## CERTIFICATE OF SERVICE

I certify that an electronic copy of this motion was served on all ECF parties through the ECF system this 8th of February 2011.

Philip M. Musolino



EXHIBIT 7

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Odillia Mutaka Mwani, *et al.*  :

    Plaintiffs :  CA No. 1:99CV00125
                                Judge Colleen Kollar-Kotelly

v. :

United States of America, *et al.* :  CA No. 1:99CV00125
                              :  Magistrate Judge Facciola- For all
purposes
v. :

    Defendants :

### Plaintiffs' Supplemental Exhibit List

| Ex. No. | Bates No.* | Item Description | Pg. | ID | Adm | Over Obj | No Obj |
|---|---|---|---|---|---|---|---|
| 1 |  | Photographs of Bombing Site August 7, 1998 |  |  |  |  |  |
| 2 |  | Video of Bombing Site August 7, 1998 |  |  |  |  |  |
| 3 | 9263-9395 | April 9, 1999 Report US Department of State (Hinman) | 133 |  |  |  |  |
| 4 | 3499-3559 | January 8, 1999 Report, Accountability Review Board (Crowe) | 60 |  |  |  |  |
| 5 |  | Report: An Assessment of Recovery Strategies of the 1998 Nairobi Bomb Disaster Victims: A Case Study of Teachers Service Commission (TSC). |  |  |  |  |  |
| 6 |  | Study: Psychological effects of the Nairobi US embassy bomb blast on pregnant women and their children |  |  |  |  |  |
| 7 |  | Site Hand Drawing |  |  |  |  |  |