UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Odillia Mutaka Mwani, *et al*. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CA No. 1:99CV00125 |
| | : | Magistrate Judge John M. Facciola |
| United States of America, *et al*. | : | |
| | : | |
| Defendants | : | |

**PLAINTIFFS' MOTION TO RESET DATE FOR FILING OF PROPOSED FINDINGS
OF FACT AND CONCLUSIONS OF LAW**

Come now plaintiffs, by and through undersigned counsel, and pursuant to Fed.R.Civ.P 6 moves this Honorable court to reset from April 4, 2011 to April 18, 2011. In support therefor, plaintiffs aver as follows:

1. This court conducted an evidentiary hearing in this matter from January 31, 2011 to February 3, 2011. The testimony adduced from Nairobi, Kenya.

2. At the conclusion of the hearing, this court, with the consent of counsel, fixed April 4, 2011 as the date for filing of proposed findings of fact and conclusions of law. That date was selected on the assumption that transcripts of the proceedings could be produced within thirty days of the conclusion of the hearing. On February 8, 2011 Plaintiffs made all necessary arrangements for the transcripts, including payment therefor.

3. Because of various difficulties outside of the control of the court reporters, or plaintiffs, or plaintiffs' counsel, the transcripts were not received until the following dates: March 16, 2011 and March 18, 2011.

4. Pursuant to this court's instruction the transcripts have been submitted to the witnesses for review and clarification in the form of sworn statements.

5. Plaintiffs nonetheless require the thirty day period originally contemplated for completion of the proposed findings of facts and conclusions of law following the receipt of the transcripts.

6. Accordingly plaintiffs request that the deadline for filing the proposed findings of facts and conclusions of law be extended to April 18, 2011 which is the first business day after thirty days following the receipt of the last transcript.

Wherefore, by all these presents, counsel for plaintiffs prays that the instant motion be granted.

                                            Respectfully submitted,

                                            /s/
                                        Philip M. Musolino #294652
                                        *Musolino & Dessel*
                                        1615 L Street, N.W., Suite 440
                                        Washington, D.C. 20036
                                        (202) 466-3883
                                        *Voice*: (202) 466-3883
                                        *Fax*: (202) 775-7477
                                        *Email*: pmusolino@musolinoanddessel.com

### CERTIFICATE OF SERVICE

I certify that an electronic copy of this motion was served on all ECF parties through the ECF system this 4th day of April 2010.

                                            /s/
                                        Philip M. Musolino

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Odillia Mutaka Mwani, *et al.*      :
                                    :
    Plaintiffs              :
                                    :
v.                                  :      CA No. 1:99CV00125
                                    :      Magistrate Judge John M. Facciola
United States of America, *et al.*  :
                                    :
    Defendants              :


# PLAINTIFF'S MOTION TO RESET DATE FOR FILING OF PROPOSED FINDINGS
# OF FACT AND CONCLUSIONS OF LAW

1. Fed.R.Civ.P. 6

2. The record herein.

        Respectfully submitted,

        _____/s/_____
        Philip M. Musolino #294652
        *Musolino & Dessel*
        1615 L Street, N.W., Suite 440
        Washington, D.C. 20036
        (202) 466-3883
        *Voice*:  (202) 466-3883
        *Fax*:    (202) 775-7477
        *Email*:  pmusolino@musolinoanddessel.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Odillia Mutaka Mwani, *et al*. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CA No. 1:99CV00125 |
| | : | Magistrate Judge John M. Facciola |
| United States of America, *et al*. | : | |
| | : | |
| Defendants | : | |

**ORDER**

This matter having come before this Court on plaintiffs' motion to reset date for filing of proposed findings of fact and conclusions of law, it is, for good cause shown, this __ day of _____, 2011:

ORDERED, that the instant motion be and is hereby granted, and it is

FURTHER ORDERED, that the time for plaintiffs to file a proposed findings of fact and conclusions of law is reset from April 4, 2011 to April 18, 2011.

SO ORDERED.

_____
John M. Facciola, Magistrate Judge
United States District Court for the
District of Columbia