UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ODILLIA MUTAKA MWANI,** *et al.*<br><br>    **Plaintiffs,**<br><br>v.<br><br>**AL-QAEDA,**<br><br>    **Defendant.** | Case No. 99-cv-125 (GMH) |

## ORDER

  Plaintiffs commenced this action over 22 years ago, on January 15, 1999, seeking relief for damages that Plaintiffs suffered as a result of the 1998 bombing of the United States Embassy in Nairobi, Kenya.  ECF No. 1.  In 2014, after decades of litigation, dismissal of all but one defendant, an appeal, and a bellwether trial on damages, this Court entered two final judgments against al-Qaeda, the sole remaining defendant in the case.  ECF Nos. 122, 129.  Over four years ago, the Court issued its last order in this case when it granted Plaintiffs' motion to register the judgments.  ECF No. 132.

  Plaintiffs have now filed a motion seeking a status conference accompanied by a memorandum of points and authorities that lists, without detail or explanation, a number of issues that they hope to later brief for the Court.  ECF No. 133.  Some of those issues appear to relate to a contemplated motion under Rule 60(b) of the Federal Rules of Civil Procedure for relief from judgments entered in 2014, others to a putative motion for post-judgment discovery under Rule 69(a)(2), others are significantly more nebulous.  Having reviewed the submission, it is hereby

  **ORDERED** that Plaintiffs' Motion for Hearing (ECF No. 133) is **GRANTED**.  It is further

  **ORDERED** that a video hearing will be held on June 30, 2021, at 11:00 a.m.  It is further

2

**ORDERED** that on or before June 9, 2021, so that the Court may prepare for the hearing, Plaintiffs shall file a supplement to their motion of no more than ten pages that provides more detail about the legal and factual bases of the issues listed in their motion that they propose to be discussed at the hearing.  At the very least, Plaintiffs shall address any basis for relief under Rule 60(b), *see, e.g.*, *Kapar v. Islamic Republic of Iran*, 105 F. Supp. 3d 99, 104–05 (D.D.C. 2015) (addressing a motion under Rule 60(b) for relief from a judgment entered eleven years prior to the motion), and their entitlement to post-judgment discovery under Rule 69(a)(2).

**SO ORDERED.**

Date: May 21, 2021                                   _____

G. Michael Harvey
United States Magistrate Judge