UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ODILLIA MUTAKA MWANI, *et al.*

        **Plaintiffs,**

v.

AL QAEDA,

        **Defendant.**

Case No. 99-cv-125 (GMH)

# ORDER

In March 2017, the Court granted Plaintiffs' motion pursuant to 28 U.S.C. § 1963 to register in other federal district courts two documents labelled as judgments issued in the Fall of 2014 (ECF Nos. 122, 129) that resolved most, but not all, of the claims in this case (the "March 2017 Order"). *See* ECF Nos. 130, 132. Later, in analyzing the issues raised in three motions more recently filed by Plaintiffs, the Court became aware that the March 2017 Order may have been erroneous because the relevant judgments were not certified as final pursuant to Rule 54 of the Federal Rules of Civil Procedure and are therefore not enforceable. Consequently, the Court issued an Order to Show Cause why the March 2017 Order should not be vacated. ECF No. 147.

In response, Plaintiffs mount an argument that there is "a reasoned reading" of 28 U.S.C. § 1963 that allows registration of unenforceable judgments in other districts. ECF No. 148 at 5. For the reasons discussed in the Order to Show Cause, the Court disagrees that Plaintiffs' proposed reading is reasonable. *See* ECF No. 147 at 2–4. In any case, Plaintiffs also concede that, if the Court vacates the March 2017 Order, they will suffer no prejudice because they have "neither sought to register any judgments in other districts[,] nor were any judgments in fact registered in other districts." ECF No. 148 at 1 n.1.

Accordingly, it is hereby

**ORDERED** that for the reasons noted herein and discussed in the Court's Order to Show Cause of December 7, 2021 (ECF No. 147), the Court's Order dated March 6, 2017, allowing Plaintiffs to register the relevant judgments[1] in other districts pursuant to 28 U.S.C. § 1963 (ECF No. 132) is **VACATED**.

**SO ORDERED.**

Date: December 22, 2021

_____
G. Michael Harvey
United States Magistrate Judge

---

[1] As noted, those documents are found on the docket in this case at ECF No. 122 (entered Sept. 25, 2014) and ECF No. 129 (entered Nov. 18, 2014).