**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Odillia Mutaka Mwani, *et al.*** <br> **Plaintiffs,** <br> **v.** <br> **Al Qaeda,** <br> **Defendant.** | **No. 99-CV-00125 (GMH)** |

**FINAL JUDGMENT**

Final and appealable judgment on all claims in this case is hereby entered as follows:

Judgment against al Qaeda for compensatory damages of seven million five hundred thousand dollars, ($7,500,000) increased by prejudgment interest to equal sixteen million nine hundred sixty four thousand two hundred fifty dollars ($16,964,250) plus punitive damages of one hundred fifty million dollars ($150,000,000), be and is hereby entered in favor of the following plaintiffs in the following total amounts:

| No. | Plaintiff | Total Judgment Amount |
|---|---|---|
| 1 | Protus Buluma | $166,964,250 |
| 2 | Kioko Muema | $166,964,250 |

Judgment against al Qaeda for compensatory damages of six million dollars ($6,000,000), increased by prejudgment interest to equal thirteen million five hundred seventy one thousand four hundred dollars ($13,571,400) plus punitive damages of one hundred fifty million dollars ($150,000,000, be and is hereby entered in favor of the following plaintiffs in the following total amounts:

| No. | Plaintiff | Total Judgment Amount |
|---|---|---|
| 3 | Charles Mogi | $163,571,400 |
| 4 | Wilfred Nderitu | $163,571,400 |
| 5 | Castro Otiende | $163,571,400 |

Judgment against al Qaeda for compensatory damages of five million dollars plus prejudgment interest in the amount eleven million three hundred nine thousand five hundred dollars ($11,309,500),of plus punitive damages of one hundred fifty million dollars, be and is hereby entered in favor of the following plaintiff in the following total amount:

| No. | Plaintiff | Total Judgment Amount |
|---|---|---|
| 6 | Dipak L. Shah | $161,309,500 |

Judgment against al Qaeda for compensatory damages of five million dollars ($5,000,000), plus prejudgment interest of eleven million three hundred nine thousand five hundred dollars ($11,309,500), plus punitive damages of one hundred fifty million dollars ($150,000,000), be and is hereby entered in favor of the following plaintiffs in the following total amounts:

| No. | Plaintiff | Total Judgment Award |
|---|---|---|
| 7 | John Imbahale | $161,309,500 |
| 8 | Hudson Anyangu | $161,309,500 |
| 9 | Rosemary Njeri | $161,309,500 |
| 10 | Stephen Kibiku | $161,309,500 |
| 11 | Francis Njenga | $161,309,500 |
| 12 | Margaret Wagabi | $161,309,500 |
| 13 | Lucy Kimiti | $161,309,500 |
| 14 | Lucy Gachagwi | $161,309,500 |
| 15 | Hannah Kingara | $161,309,500 |
| 16 | Bernard Maiwa | $161,309,500 |
| 17 | Charles Banga | $161,309,500 |
| 18 | Philip Mwai | $161,309,500 |
| 19 | Hedwig Kibukosya | $161,309,500 |
| 20 | Fidelis Ndambuki | $161,309,500 |
| 21 | Mukul Patel | $161,309,500 |
| 22 | Catherie Abuko | $161,309,500 |
| 23 | Mariam Adan | $161,309,500 |
| 24 | Fredda Afande | $161,309,500 |
| 25 | Kalwala Aggrey | $161,309,500 |
| 26 | Millicent Adhiambo | $161,309,500 |
| 27 | Thomas Akama | $161,309,500 |

| | | |
|---|---|---|
| 28 | Margaret Akello | $161,309,500 |
| 29 | Halima Ali | $161,309,500 |
| 30 | Caren Aloo | $161,309,500 |
| 31 | Jackline Ambia | $161,309,500 |
| 32 | Racheal Amollo | $161,309,500 |
| 33 | Isanya Amwayi | $161,309,500 |
| 34 | Nancy Aswani | $161,309,500 |
| 35 | Christine Athieno | $161,309,500 |
| 36 | Timothy Thuo | $161,309,500 |
| 37 | Johnson Atieno | $161,309,500 |
| 38 | Readon Atingo | $161,309,500 |
| 39 | Duncan Barasa | $161,309,500 |
| 40 | Patrick Barasa | $161,309,500 |
| 41 | Duncan Chege | $161,309,500 |
| 42 | Thomas Keya | $161,309,500 |
| 43 | John Chege | $161,309,500 |
| 44 | Benjamin Kitchwen-Choge | $161,309,500 |
| 45 | Anne Gachaara | $161,309,500 |
| 46 | Mary Gaita | $161,309,500 |
| 47 | Ejidiah Gathoni | $161,309,500 |
| 48 | George Gichuki | $161,309,500 |
| 49 | Jane Gichuki | $161,309,500 |
| 50 | Philip Gitahi | $161,309,500 |
| 51 | Beth Gitau | $161,309,500 |
| 52 | Agnes Githinji | $161,309,500 |
| 53 | Cosmas Githinji | $161,309,500 |
| 54 | Luliet Githinji | $161,309,500 |
| 55 | Margaret Iraya | $161,309,500 |
| 56 | Marangu Julius | $161,309,500 |
| 57 | Joseph Kabii | $161,309,500 |
| 58 | Moses Kamipangiu | $161,309,500 |
| 59 | Kinywa Kamathi | $161,309,500 |
| 60 | Elvis Kamua | $161,309,500 |
| 61 | Evanson Kamau | $161,309,500 |
| 62 | Jane Kamau | $161,309,500 |
| 63 | Judy Kamau | $161,309,500 |
| 64 | Joyce Kandie | $161,309,500 |
| 65 | Samuel Kamau | $161,309,500 |
| 66 | James Karuiru | $161,309,500 |
| 67 | Purity Kibuchi | $161,309,500 |

| | | |
|---|---|---|
| 68 | Geoffrey Kimani | $161,309,500 |
| 69 | Julius Kimani | $161,309,500 |
| 70 | Mwende Kitenne | $161,309,500 |
| 71 | Julius Kithikii | $161,309,500 |
| 72 | Danish Kiboye | $161,309,500 |
| 73 | John Kibunja | $161,309,500 |
| 74 | James Kiarie | $161,309,500 |
| 75 | Jane Kiarie | $161,309,500 |
| 76 | Patrick Kilaya | $161,309,500 |
| 77 | Simon Kimata | $161,309,500 |
| 78 | Susan Kimemia | $161,309,500 |
| 79 | Mary Kimgore | $161,309,500 |
| 80 | Christine Kingori | $161,309,500 |
| 81 | Joyce Kirigo | $161,309,500 |
| 82 | Joseph Kiruthi | $161,309,500 |
| 83 | Daudi Kisivo | $161,309,500 |
| 84 | Jan Kisule | $161,309,500 |
| 85 | Stephene Wahome Kingua | $161,309,500 |
| 86 | Julius Karunda | $161,309,500 |
| 87 | Josphat Kivau | $161,309,500 |
| 88 | Sarah Kiwanuka | $161,309,500 |
| 89 | Stephen Maina | $161,309,500 |
| 90 | Anderson Komu | $161,309,500 |
| 91 | James Komu | $161,309,500 |
| 92 | Richard Koskei | $161,309,500 |
| 93 | Njoroge Kungu | $161,309,500 |
| 94 | Jeniffer Lugaye | $161,309,500 |
| 95 | Lucy Maingi | $161,309,500 |
| 96 | Lucy Mambo | $161,309,500 |
| 97 | Dennis Mankin | $161,309,500 |
| 98 | Stephen Makani | $161,309,500 |
| 99 | Boniface Makau | $161,309,500 |
| 100 | John Malili | $161,309,500 |
| 101 | Roby Mauka | $161,309,500 |
| 102 | Edward Mbogori | $161,309,500 |
| 103 | Mary Mburu | $161,309,500 |
| 104 | Susan Mdambuli | $161,309,500 |
| 105 | Michael Miringu | $161,309,500 |
| 106 | Justus Mitili | $161,309,500 |
| 107 | Zalwango Kawagga | $161,309,500 |

| | | |
|---|---|---|
| 108 | Thomas Mongare | $161,309,500 |
| 109 | Joyce Muasyakituku | $161,309,500 |
| 110 | Gerald Mucanga | $161,309,500 |
| 111 | Jackson Munala | $161,309,500 |
| 112 | Dr. George Mugambi | $161,309,500 |
| 113 | Lucy Maguma | $161,309,500 |
| 114 | William Muia | $161,309,500 |
| 115 | Francis Muiruzi | $161,309,500 |
| 116 | Jennifer Mulili | $161,309,500 |
| 117 | Beatrice Mungara | $161,309,500 |
| 118 | Adrian Munyeriah | $161,309,500 |
| 119 | Grace Muraya | $161,309,500 |
| 120 | Anne Mureithi | $161,309,500 |
| 121 | Alex Muriithi | $161,309,500 |
| 122 | Charles Muriithi | $161,309,500 |
| 123 | Douglas Muriithi | $161,309,500 |
| 124 | Marion Muriithi | $161,309,500 |
| 125 | Christina Murumet | $161,309,500 |
| 126 | John Murumet | $161,309,500 |
| 127 | Elijah Mutie | $161,309,500 |
| 128 | Victoria Mutuku | $161,309,500 |
| 129 | Fedlan Mwaburi | $161,309,500 |
| 130 | Honoria Mwadime | $161,309,500 |
| 131 | Jacinta Mwagogo | $161,309,500 |
| 132 | Irene Mwamburi | $161,309,500 |
| 133 | David Mwangi | $161,309,500 |
| 134 | Josphat Mwangi | $161,309,500 |
| 135 | Lillian Mwangi | $161,309,500 |
| 136 | Mohamed Wangi | $161,309,500 |
| 137 | Stephen Mwangi | $161,309,500 |
| 138 | Rosemary Mwango | $161,309,500 |
| 139 | Sheila Mwende | $161,309,500 |
| 140 | Ezekeil Mwiricha | $161,309,500 |
| 141 | Elijah Myaboro | $161,309,500 |
| 142 | Muniu Natera | $161,309,500 |
| 143 | Isaac Ndambiri | $161,309,500 |
| 144 | Peter Nganpu | $161,309,500 |
| 145 | Francis Ngathia | $161,309,500 |
| 146 | Ernest Ng'ang'a | $161,309,500 |
| 147 | Thomas Ng'ewo | $161,309,500 |

| | | |
|---|---|---|
| 148 | Anne Ngeche | $161,309,500 |
| 149 | Paulo Ngiri | $161,309,500 |
| 150 | Julius Nguku | $161,309,500 |
| 151 | Joseph Ngunjiri | $161,309,500 |
| 152 | Michael Ngusi | $161,309,500 |
| 153 | Lois Njiriri | $161,309,500 |
| 154 | Goerge Njoroge | $161,309,500 |
| 155 | Elizabth Njuguna | $161,309,500 |
| 156 | Henry Njuguna | $161,309,500 |
| 157 | Juliet Njuguna | $161,309,500 |
| 158 | Sylvia Njuguna | $161,309,500 |
| 159 | Cosmas Nkonge | $161,309,500 |
| 160 | Filista Ochieng | $161,309,500 |
| 161 | Frida Odaya | $161,309,500 |
| 162 | Victor Oduma | $161,309,500 |
| 163 | Francis Oduour | $161,309,500 |
| 164 | Julie Ogoye | $161,309,500 |
| 165 | Jacob Ogwang | $161,309,500 |
| 166 | Johnson Oilil | $161,309,500 |
| 167 | John Okango | $161,309,500 |
| 168 | Beatrice Okech | $161,309,500 |
| 169 | Ratemo Okomo | $161,309,500 |
| 170 | Theresa Ombasa | $161,309,500 |
| 171 | Beatrice Omiti | $161,309,500 |
| 172 | Alex Ondewe | $161,309,500 |
| 173 | Helen Ongola | $161,309,500 |
| 174 | Lawrence Osemo | $161,309,500 |
| 175 | Benjamin Oyugi | $161,309,500 |
| 176 | Simeon Oyugi | $161,309,500 |
| 177 | Ben Pepe | $161,309,500 |
| 178 | Catherine Peter | $161,309,500 |
| 179 | Claris Oyola | $161,309,500 |
| 180 | Catherine Rimberia | $161,309,500 |
| 181 | Ambrose Ruto | $161,309,500 |
| 182 | Stephen Stanley | $161,309,500 |
| 183 | Harakhchand Sumaria | $161,309,500 |
| 184 | Gabriel Thamaine | $161,309,500 |
| 185 | Silas Wachira | $161,309,500 |
| 186 | John Wahome | $161,309,500 |
| 187 | Irene Wainaina | $161,309,500 |

| | | |
|---|---|---|
| 188 | David Waithangi | $161,309,500 |
| 189 | Lucy Wairumu | $161,309,500 |
| 190 | George Wakibi | $161,309,500 |
| 191 | Lucia Wambua | $161,309,500 |
| 192 | John Wamenjuu | $161,309,500 |
| 193 | Rose Wanjiru | $161,309,500 |
| 194 | Elizabeth Wanjoike | $161,309,500 |
| 195 | Joseph Wanyeki | $161,309,500 |
| 196 | Ehpraim Wanyoike | $161,309,500 |
| 197 | Peter Waruhiu | $161,309,500 |
| 198 | Gastone Yongo | $161,309,500 |
| 199 | Lwitiko Yoram | $161,309,500 |
| 200 | Agatha Njoki | $161,309,500 |
| 201 | Agnes Kambo | $161,309,500 |
| 202 | Alfred Omole | $161,309,500 |
| 203 | Alfred Kavogoyi | $161,309,500 |
| 204 | Alice Macharia | $161,309,500 |
| 205 | Alice Makau | $161,309,500 |
| 206 | Alice Mbugua | $161,309,500 |
| 207 | Ambrose Maina | $161,309,500 |
| 208 | Ambrose Ogutu | $161,309,500 |
| 209 | Andrew Papai | $161,309,500 |
| 210 | Anne Karinga | $161,309,500 |
| 211 | Anne Kinyanjui | $161,309,500 |
| 212 | Augustine Musicha | $161,309,500 |
| 213 | Azaria Ogonda | $161,309,500 |
| 214 | Beatrice Wamaitha | $161,309,500 |
| 215 | Benjamin Wanyonyi | $161,309,500 |
| 216 | Betty Ngososei | $161,309,500 |
| 217 | Boaz Shadiva | $161,309,500 |
| 218 | Boniface K. Ndima | $161,309,500 |
| 219 | Caroline Ombewa | $161,309,500 |
| 220 | Charity Gaitho | $161,309,500 |
| 221 | Charles Ogwori | $161,309,500 |
| 222 | Charles Waro | $161,309,500 |
| 223 | Christine Koli | $161,309,500 |
| 224 | Christine Masha | $161,309,500 |
| 225 | Cyrus Wahome | $161,309,500 |
| 226 | Dan Mole | $161,309,500 |
| 227 | Daupin Kisaka | $161,309,500 |

| | | |
|---|---|---|
| 228 | David Muturi | $161,309,500 |
| 229 | Dr. Phanuel Odhiambo | $161,309,500 |
| 230 | Duncan Nelson | $161,309,500 |
| 231 | Elijah Kivuli | $161,309,500 |
| 232 | Elisaphan Wamenju | $161,309,500 |
| 233 | Elphas Wangoka | $161,309,500 |
| 234 | Ephantus Mburu | $161,309,500 |
| 235 | Eunice Chepkemoi | $161,309,500 |
| 236 | Francis Mugo | $161,309,500 |
| 237 | Francis Ndungu | $161,309,500 |
| 238 | Frida Odera | $161,309,500 |
| 239 | Frida Muthuri | $161,309,500 |
| 240 | Gabriel Ndugu | $161,309,500 |
| 241 | Gathigi Njoroge | $161,309,500 |
| 242 | Geoff Orao-Obura | $161,309,500 |
| 243 | George Miniu | $161,309,500 |
| 244 | George Ngesa | $161,309,500 |
| 245 | George Omollo | $161,309,500 |
| 246 | Grace Luti | $161,309,500 |
| 247 | Tom Matundura | $161,309,500 |
| 248 | Haron Muriuki | $161,309,500 |
| 249 | Harrison Eyinda | $161,309,500 |
| 250 | Helen Ooko | $161,309,500 |
| 251 | Hudson Agade | $161,309,500 |
| 252 | Jacinta Buluma | $161,309,500 |
| 253 | Jacinta Ngure | $161,309,500 |
| 254 | Jackson Kimundu | $161,309,500 |
| 255 | Jackson Kariuki | $161,309,500 |
| 256 | Jacob Odhiambo | $161,309,500 |
| 257 | James Musamali | $161,309,500 |
| 258 | Jane Okwama | $161,309,500 |
| 259 | Jane Kamau | $161,309,500 |
| 260 | Jane Mookoosio | $161,309,500 |
| 261 | Janes Oluoch | $161,309,500 |
| 262 | Joan Baraza | $161,309,500 |
| 263 | John Nzioki | $161,309,500 |
| 264 | Johnson Mwangi | $161,309,500 |
| 265 | Joseph Kabii | $161,309,500 |
| 266 | Joseph Karuri | $161,309,500 |
| 267 | Joseph Okoth | $161,309,500 |

| | | |
|---|---|---|
| 268 | Joseph Oyungu | $161,309,500 |
| 269 | Joseph Kariuki | $161,309,500 |
| 270 | Josephine Atieno | $161,309,500 |
| 271 | Joshua Omolo | $161,309,500 |
| 272 | Joshua Obulo | $161,309,500 |
| 273 | Josphat Ruiru | $161,309,500 |
| 274 | Josphat Githua | $161,309,500 |
| 275 | Josephine Kathona | $161,309,500 |
| 276 | Judith Mbeta | $161,309,500 |
| 277 | Julius Kabaiku | $161,309,500 |
| 278 | Julius Kisilu | $161,309,500 |
| 279 | Julius Mwangi | $161,309,500 |
| 280 | Kennedy Kiringa | $161,309,500 |
| 281 | Kennedy Musa | $161,309,500 |
| 282 | Leonard Njunguna | $161,309,500 |
| 283 | Lillian Kibet | $161,309,500 |
| 284 | Livingstone Kinothe | $161,309,500 |
| 285 | Loise Kimani | $161,309,500 |
| 286 | Margaret Mwangi | $161,309,500 |
| 287 | Mary Muthike | $161,309,500 |
| 288 | Mary Waiyaki | $161,309,500 |
| 289 | Mary Kabiriri | $161,309,500 |
| 290 | Meresa Atieno | $161,309,500 |
| 291 | Meshack Lumbembe | $161,309,500 |
| 292 | Michael Kaharu | $161,309,500 |
| 293 | Mike Guoro | $161,309,500 |
| 294 | Monicah Lanho | $161,309,500 |
| 295 | Moses Njugi | $161,309,500 |
| 296 | Muange Musembi | $161,309,500 |
| 297 | Mustaq Kapacezee | $161,309,500 |
| 298 | Nancy Matern | $161,309,500 |
| 299 | Nicholas Matat | $161,309,500 |
| 300 | Nicodemus Nyaboga | $161,309,500 |
| 301 | Obadiah Ndegwa | $161,309,500 |
| 302 | Oloo Omolo | $161,309,500 |
| 303 | Pamela Odhek | $161,309,500 |
| 304 | Paul Lima | $161,309,500 |
| 305 | Penima Ogutu | $161,309,500 |
| 306 | Peter Kahuthu | $161,309,500 |
| 307 | Peter Kamau | $161,309,500 |

| | | |
|---|---|---|
| 308 | Peter Ngure | $161,309,500 |
| 309 | Peter Mwanzia | $161,309,500 |
| 310 | Philip Mwaura | $161,309,500 |
| 311 | Phoebe Nyadera | $161,309,500 |
| 312 | Rashad Ally | $161,309,500 |
| 313 | Richard Maina | $161,309,500 |
| 314 | Robert Achieng | $161,309,500 |
| 315 | Robin Njeri | $161,309,500 |
| 316 | Rose Gitau | $161,309,500 |
| 317 | Rosalyne Atieno | $161,309,500 |
| 318 | Rosemary Mwavizo | $161,309,500 |
| 319 | Rufus Chiera | $161,309,500 |
| 320 | Salim Sewe | $161,309,500 |
| 321 | Salim Yacob | $161,309,500 |
| 322 | Samuel Munene | $161,309,500 |
| 323 | Samuel Muriuki | $161,309,500 |
| 324 | Samuel Kabala | $161,309,500 |
| 325 | Simon Mwami | $161,309,500 |
| 326 | Stanley Gitau | $161,309,500 |

| No. | Plaintiff | Total Judgment Award |
|---|---|---|
| 327 | Evans Muita | 161,309,500 |
| 328 | Lilian Guantai | 161,309,500 |
| 329 | Joseph Akumu | 161,309,500 |
| 330 | Philip Mauyu | 161,309,500 |
| 331 | Monica Mbori | 161,309,500 |
| 332 | Lydia Mudanya | 161,309,500 |
| 333 | Rose Muema | 161,309,500 |
| 334 | Joyce Mutinda | 161,309,500 |
| 335 | Florence Raboke | 161,309,500 |
| 336 | Anne Kingara | 161,309,500 |
| 337 | Catherine Chabi | 161,309,500 |
| 338 | Daniel Muita | 161,309,500 |
| 339 | Edward Nuthu | 161,309,500 |
| 340 | James Kamau | 161,309,500 |
| 341 | Jane Miringu | 161,309,500 |
| 342 | Joseph Nganga | 161,309,500 |
| 343 | Joyce Miringu | 161,309,500 |
| 344 | Lucy Mwangi | 161,309,500 |

| | | |
|---|---|---|
| 345 | Margaret Miringu | 161,309,500 |
| 346 | Rachel Kingara | 161,309,500 |
| 347 | Sarah Etenyi | 161,309,500 |
| 348 | Stanley Gatu | 161,309,500 |
| 349 | Judith Kyalo | 161,309,500 |
| 350 | Edward Kimani | 161,309,500 |
| 351 | Rose Chepkoy | 161,309,500 |

And it is FURTHER ORDERED, ADJUDGED, AND DECREED, THAT all other claims, in this case, are dismissed with prejudice, each party to bear its own fees and costs, and this judgment is a final and appealable judgment.

SO ORDERED.

Digitally signed by G. Michael Harvey

**5/20/22**
Date:

G. Michael Harvey
United States Magistrate Judge